USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AJAY SURESH,

                    Plaintiff,

-against-

CHAMPION ELEVATOR CORP,

                    Defendant.

25-CV-00882 (MMG)

**ORDER SCHEDULING DEFAULT JUDGMENT BRIEFING**

MARGARET M. GARNETT, United States District Judge:

      On January 31, 2025, the Court ordered the parties to meet and confer in a good-faith attempt to settle this action, following service of the summons and complaint upon Defendant. Dkt. No. 8. Defendant was served on February 14, 2025. Dkt. No. 9. On March 13, 2025, Plaintiff filed a letter regarding his repeated but unsuccessful efforts to meet and confer with Defendant, due to Defendant's failure to respond to Plaintiff's outreach. Dkt. No. 11. Accordingly, the Court ordered Defendant to answer, move, or otherwise respond to the Complaint, no later than April 4, 2025, and further ordered the parties to appear for an Initial Pretrial Conference on April 22, 2025, and to submit a joint letter and proposed Civil Case Management Plan and Scheduling Order in advance of the conference. Dkt. No. 12. To date, Defendant has not appeared and has not responded to the Complaint.

      It is hereby ORDERED that the Initial Pretrial Conference is ADJOURNED *sine die*.

      It is further ORDERED that, by **April 28, 2025**, Plaintiff must file any motion for default judgment in accordance with the Court's Individual Rules & Practices. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov.

      It is further ORDERED that Defendant shall file any opposition to any motion for default judgment by **May 12, 2025**.

      Plaintiff shall serve a copy of this Order on Defendant by first-class mail and/or by in-person service **within two business days from the date of this Order**, and shall file proof of such service **within three business days of the date of this Order**.

      In the event Plaintiff files a motion for default judgment, Plaintiff shall serve the motion papers on Defendant by **April 30, 2025**, and shall file proof of such service by **May 1, 2025**.

      If this case has been settled or otherwise terminated, Plaintiff is not required to move for default, provided that a stipulation of discontinuance, voluntary dismissal or other proof of

termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

Dated: April 8, 2025
       New York, New York

                                            SO ORDERED.

                                            MARGARET M. GARNETT
                                            United States District Judge